F. CARRERA Y HERMANO, DEMANDANTE Y APELADO, *v.* NEW YORK
AND PORTO RICO STEAMSHIP COMPANY, DEMANDADA Y APE-
LANTE.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en
pleito sobre indemnización de daños y perjuicios.   Moción
de los demandantes y apelados para que se desestime la
apelación.

No. 1711.—Resuelto en noviembre 15, 1917.

CONOCIMIENTO JUDICIAL—SERVICIO REGULAR DE COMUNICACIONES POR CORREO.—
Aun cuando es dudoso el que pueda una corte de justicia tomar conocimiento
judicial de la existencia de un servicio regular de comunicaciones por correo
entre dos sitios determinados, tal servicio existe entre las ciudades de San
Juan y Mayagüez, capitales de distrito judiciales, sitas en el trayecto que
recorre el ferrocarril de la "American Railroad Company of Porto Rico,"
siendo la última ciudad medio de comunicación por correo entre San Juan
y los Estados Unidos.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sres. Charles Hartzell* y *Fran-
cisco Ramírez de Arellano.*

Abogado de los apelados: *Sr. Angel A. Vázquez.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tri-
bunal.

Trátase de una moción interesando la desestimación del
recurso de apelación.   Entre otras objeciones técnicas, que
ha examinado la corte y considerado sin valor alguno, sos-
tiene el apelante que la declaración jurada de la notificación
o traslado del recurso de apelación interpuesto es defectuosa
en tanto cuanto en la misma no se hace constar que existe "un
servicio regular de comunicaciones por correo entre San Juan
y Mayagüez."   Algunas de las autoridades, como ya lo de-
jamos indicado en el caso de *Tettamauzi et al.,* v. *Zeno,* 24 D.
P. R. 53, exigen la necesidad de cumplir con los requisitos del
estatuto.   Es dubitable el que pueda una corte de justicia
tomar conocimiento judicial de la existencia de un servicio
regular de correos entre dos sitios dados, pero en cuanto a que
tal servicio regular de correos existe entre San Juan y Maya-
güez no vacilaremos en decir que sí.   Ambos puntos, que son

ciudades de considerable extensión, están sitos en el trayecto que recorre el ferrocarril de la "American Railroad Company of Porto Rico" y Mayagüez es uno de los medios de comunicación por correo entre San Juan y los Estados Unidos. Si quedara alguna duda cometeríamos el absurdo de permitirle al apelante enmendar dicha declaración jurada en el sentido de que exponga de una manera positiva lo que toda persona de mediana inteligencia sabe en Puerto Rico, de que existe dicho medio regular de comunicaciones entre las capitales de los dos citados distritos judiciales.

La moción se declara sin lugar.

*Sin lugar la moción.*

Jueces concurrentes: Sres. Asociados del Toro y Hutchison.

Los Jueces Sres. Presidente Hernández y Asociado Aldrey no intervinieron.